IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 JAN 27 AM 10:09
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:21CR 33 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2423(a) |
| MITCHEL D. ABRAHAM, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Between on or about December 8, 2020, through December 31, 2020, in the District of Nebraska, and elsewhere, the defendant, MITCHEL D. ABRAHAM, did knowingly transport an individual who had not attained the age of eighteen years, identified as Minor Victim 1, in interstate commerce, with the intent that Minor Victim 1 engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney

1