IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MITCHEL D. ABRAHAM,<br><br>      Defendant. | 8:21CR33<br><br>ORDER |

**PROTECTIVE ORDER GOVERNING DISCLOSURE
OF PERSONAL IDENTITY AND CONTACT INFORMATION**

IT IS ORDERED:

1. The government's Motion for a Protective Order, (Filing No. 18), is granted.

2. As to discovery materials received from the government, Defense counsel may review those materials with the Defendant, but the Defendant may not retain a copy of the materials. Defense counsel may allow their staff to review and retain a copy of the discovery materials.

3. Defendant and defense counsel, including their staff, shall not disseminate a copy of the discovery or the personal identification information and other confidential data within those materials to anyone else without first obtaining this Court's approval.

Dated this __3__ day of February, 2021.

                  SUSAN M. BAZIS
                  United States Magistrate Judge